| Attorney or Party without Attorney: <br> NEAL J. DECKANT (SBN 322946) <br> Bursor & Fisher, P.A. <br> 1990 N California Blvd Suite 940 <br> Walnut Creek, CA 94596 <br>   Telephone No: 925-300-4455 <br>   Attorney For: Plaintiff | Ref. No. or File No.: <br> GENOVA V NVIDIA | For Court Use Only |
|---|---|---|

Insert name of Court, and Judicial District and Branch Court:
IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: LUCAS GENOVA, individually and on behalf of all others similarly situated
Defendant: NVIDIA CORPORATON

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 5:22-CV-07090-SVK |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; ORDER SETTING INITIAL CASE MANAGEMENT AND ADR DEADLINES; ECF REGISTRATION INFORMATION; NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; CIVIL PRETRIAL STANDING ORDER MAGISTRATE JUDGE SUSAN VAN KEULEN; WAIVER OF THE SERVICE OF SUMMONS; SETTLEMENT CONFERENCE STANDING ORDER; CIVIL AND DISCOVERY REFERRAL MATTERS STANDING ORDER

3. a. Party served: NVIDIA CORPORATION
   b. Person served: Jenn Bautista, CSC LAWYERS INCORPORATING SERVICE, REGISTERED AGENT FOR SERVICE OF PROCESS, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served: 2710 GATEWAY OAKS DRIVE SUITE 150N, SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Nov 16 2022 (2) at: 03:47 PM

6. **Person Who Served Papers:**
   a. Nancy Graddy (04-010, Placer County)          d. **The Fee** for Service was: 280.03
   b. FIRST LEGAL
      200 WEBSTER STREET, SUITE 201
      OAKLAND, CA 94607
   c. (415) 626-3111

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

*N. graddy*

11/16/2022
(Date)                                                                                       (Signature)



PROOF OF SERVICE

7968531
(7943432)