```
LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
MOLLY R. MELCHER (CSB No. 272950)
mmelcher@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:      415.281.1350

Attorneys for Defendant
NVIDIA CORPORATION
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| LUCAS GENOVA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>Defendant. | Case No.: 5:22-cv-07090-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT AND TO ADJUST OTHER EXISTING DEADLINES**<br><br>**\*\*AS MODIFIED BY THE COURT\*\*** |

Plaintiff Lucas Genova ("Plaintiff" or "Genova") and NVIDIA Corporation ("Defendant" or "NVIDIA"), pursuant to Civil Local Rule 6-2, respectfully request that the Court enter the parties' stipulation below extending the time for Defendant to respond to the complaint in this case.

**FACTS UNDERLYING THE PARTIES' STIPULATION**

In support of their Stipulation, the parties offer the following facts:

A. Plaintiff filed the complaint in this action on November 11, 2022 and served that complaint on Defendant on November 16, 2022.

B. The Court has set a January 24, 2023 deadline for the parties to meet and confer regarding initial disclosures, early settlement, and a discovery plan (Dkt. 4).

C. The Court has set a February 7, 2023 deadline to file a Rule 26(f) Report and Case

Management Statement (Dkt. 4).

D. The Court has scheduled an initial Case Management Conference for 9:30 a.m. on February 14, 2023 (Dkt. 4).

E. The parties agree that party and judicial efficiency would be best served by deferring the Rule 26(f) Report, the Case Management Statement, and the initial Case Management Conference and Defendant's response to Plaintiff's complaint.

## STIPULATION

In light of the above facts, the parties jointly request that the Court enter the following Stipulation as the Order of the Court.

1. Defendant's deadline to answer, move, or otherwise respond to the complaint in this action shall be extended until January 19, 2023.

2. The Court's deadline for the parties to meet and confer regarding initial disclosures, early settlement, and a discovery plan shall be extended until March 8, 2023.

3. The Court's deadline for the parties to file a Rule 26(f) Report and Case Management Statement shall be extended until March 22, 2023.

4. The initial Case Management Conference currently set for February 14, 2023 shall be continued to 9:30 a.m. March 28, 2023.

**IT IS SO STIPULATED.**

Dated: November 28, 2022         FENWICK & WEST LLP

                                 By: /s/ Molly R. Melcher
                                     Laurence F. Pulgram
                                     Molly R. Melcher

                                     Attorneys for Defendant
                                     NVIDIA CORPORATION

Dated: November 28, 2022         BURSOR & FISHER, P.A.

                                 By: /s/ Neal J. Deckant
                                     Neal J. Deckant
                                     Frederick J. Klorcyzyk, III

                                     Attorneys for Plaintiff and proposed class
                                     LUCAS GENOVA

**ATTESTATION**

The undersigned attest that concurrence in the filing of the foregoing document was obtained from all of its signatories.

Dated:   November 28, 2022            */s/ Molly R. Melcher*
                                     MOLLY R. MELCHER

ORDER

The parties' stipulated request to extend time is GRANTED as modified by the Court:

(1)  Defendant's deadline to answer, move, or otherwise respond to the complaint is extended to January 19, 2023.

(2)  The deadline for the parties to meet and confer regarding initial disclosures, early settlement, and a discovery plan is extended to March 8, 2023.

(3)  The Initial Case Management Conference, which was vacated by the reassignment order, is RESET for March 30, 2023 at 11:00 a.m.  The Joint Case Management Statement is due by March 23, 2023.

**IT IS SO ORDERED.**

Dated:   November 30, 2022

_____
BETH LABSON FREEMAN
United States District Judge