```
1    LAURENCE F. PULGRAM (CSB No. 115163)
     lpulgram@fenwick.com
2    MOLLY R. MELCHER (CSB No. 272950)
     mmelcher@fenwick.com
3    FENWICK & WEST LLP
     555 California Street, 12th Floor
4    San Francisco, CA  94104
     Telephone:     415.875.2300
5    Facsimile:     415.281.1350

6    Attorneys for Defendant
     NVIDIA CORPORATION
7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| LUCAS GENOVA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>Defendant. | Case No.: 5:22-cv-07090-BLF<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT AND TO ADJUST OTHER EXISTING DEADLINES**<br><br>Complaint served: November 16, 2022<br>Current response date: January 19, 2023<br>New response date: February 2, 2023 |

Plaintiff Lucas Genova ("Plaintiff" or "Genova") and NVIDIA Corporation ("Defendant" or "NVIDIA"), pursuant to Civil Local Rule 6-2, respectfully request that the Court enter the parties' stipulation below extending the time for Defendant to respond to the complaint in this case.

**FACTS UNDERLYING THE PARTIES' STIPULATION**

In support of their Stipulation, the parties offer the following facts:

A. Plaintiff filed the Complaint in this action on November 11, 2022 and served that Complaint on Defendant on November 16, 2022.

B. The parties filed a stipulation to extend NVIDIA's deadline to answer, move, or otherwise respond to the Complaint in this action and move the Court's other deadlines. Dkt. 11.

C. The Court granted as modified the parties' stipulated request to extend time,

1  setting NVIDIA's deadline to answer, move, or otherwise respond to the Complaint on January
2  19, 2023.  Dkt. 14 at 3.

3        D.      The parties met and conferred.  NVIDIA indicated that it intends to file a Motion
4  to Compel Plaintiff's claims to Arbitration and concurrently, a Motion to Dismiss the Complaint
5  in the alternative, and Plaintiff indicated that he intends to oppose both Motions.

6        E.      The parties agree that party and judicial efficiency would be best served by
7  deferring the Rule 26(f) Report, the Case Management Statement, and the initial Case
8  Management Conference, and extending Defendant's deadline to respond to Plaintiff's
9  Complaint.

## STIPULATION

In light of the above facts, the parties jointly request that the Court enter the following Stipulation as the Order of the Court.

1. Defendant's deadline to file a Motion to Compel Arbitration and a Motion to Dismiss the Complaint is extended until February 2, 2023.  Plaintiff's deadline to file its oppositions to both Motions shall be extended until March 2, 2023.  Defendant's deadline to file its replies in support of both Motions shall be extended until March 16, 2023.

2. The Court's deadline for the parties to meet and confer regarding initial disclosures, early settlement, and a discovery plan shall be extended until April 4, 2023.

3. The Court's deadline for the parties to file a Rule 26(f) Report and Case Management Statement shall be extended until April 13, 2023.

4. The Court's Initial Case Management Conference, currently set for March 30, 2023, shall be continued to April 20, 2023 at 11:00 a.m.

**IT IS SO STIPULATED.**

Dated:   December 20, 2022        FENWICK & WEST LLP

By: */s/ Molly R. Melcher*
    Laurence F. Pulgram
    Molly R. Melcher

    Attorneys for Defendant
    NVIDIA CORPORATION

FENWICK & WEST LLP
ATTORNEYS AT LAW

| | | |
|---|---|---|
| Dated: | December 20, 2022 | BURSOR & FISHER, P.A. |

By: */s/ Neal J. Deckant*
Neal J. Deckant
Frederick J. Klorcyzyk, III

Attorneys for Plaintiff and proposed class
LUCAS GENOVA

### ATTESTATION

The undersigned attest that concurrence in the filing of the foregoing document was obtained from all of its signatories.

Dated:   December 20, 2022          */s/ Molly R. Melcher*
Molly R. Melcher

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   December 20, 2022          _____
UNITED STATES DISTRICT JUDGE